UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VINCENT KAUTH,<br><br>    Plaintiff,<br><br>    v.<br><br>TULE RIVER TRIBAL POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-01731-KES-SKO (PC)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT WITHIN 21 DAYS** |

Plaintiff Joseph Vincent Kauth is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    RELEVANT BACKGROUND**

Plaintiff filed his complaint on December 18, 2023. (Doc. 1.)

On February 21, 2024, the Court issued its First Screening Order. (Doc. 6.) The Court found the complaint fails to state a claim upon which relief can be granted. (*Id*. at 3-6.) Plaintiff was granted leave to file a first amended complaint, curing the deficiencies identified in the order, or, alternatively, a notice of voluntary dismissal, within 21 days. (*Id.* at 6-7.)

On March 21, 2024, when Plaintiff failed to file a first amended complaint or a notice of voluntary dismissal as ordered, this Court issued Findings And Recommendations To Dismiss This Action For Plaintiff's Failure To Obey Court Orders And Failure To Prosecute. (Doc. 8.)

The Court found Plaintiff failed to file a first amended complaint or a notice of voluntary dismissal within 21 days. (*Id*. at 2-4.) Objections were to be filed within 14 days of the date of service. (*Id*. at 4.)

On April 2, 2024, Plaintiff filed his objections. (Doc. 9.) Plaintiff states his address of record remains unchanged and he did not receive any legal mail following his receipt of the prisoner new case documents and order re consent issued December 18, 2023. (*Id*. at 2.) Plaintiff states he "found" the Court's screening order and the Findings and Recommendations "online with help of [his] wife" and has submitted a grievance concerning his legal mail. (*Id*. at 3.)

## II.     DISCUSSION

A review of the docket following receipt of Plaintiff's objections reveals that the Clerk's Office inadvertently failed to serve Plaintiff with the Court's First Screening Order. The Findings and Recommendations were served on Plaintiff on March 21, 2024. Because Plaintiff was never served with the Court's First Screening Order and could not have complied with that order, the Findings and Recommendations will be vacated. The Court will also direct the Clerk's Office to serve a copy of the First Screening Order with this order.

Plaintiff will be afforded 21 days within which to respond to the screening order by filing a first amended complaint or a notice of voluntarily dismissal.

## III.    CONCLUSION AND ORDER

For the reasons set forth above, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations issued March 21, 2024 (Doc. 8) are **VACATED**;
2. The Clerk of the Court is **DIRECTED** to provide Plaintiff with a copy of the First Screening Order (Doc. 6) and a blank amended civil rights complaint form along with this order; and
3. Plaintiff **SHALL** file a first amended complaint or a notice of voluntary dismissal **no later than 21 days** from the date of service of this order.

//
//
//

2

**Plaintiff is advised that a failure to comply with this order will result in a recommendation that this action be dismissed, without prejudice, for failure to obey court orders and failure to prosecute**.

IT IS SO ORDERED.

Dated:     **April 4, 2024**                         /s/ *Sheila K. Oberto*                    
                                                              UNITED STATES MAGISTRATE JUDGE

3