UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VINCENT KAUTH,<br><br>        Plaintiff,<br><br>   v.<br><br>KAELIN MANUEL,<br><br>        Defendant. | Case No.: 1:23-cv-01731-KES-SKO (PC)<br><br>**ORDER TO RECAPTION CASE** |

    This action proceeds only against Defendant Kaelin Manuel. Therefore, the caption should reflect that this action no longer proceeds against any other defendants, and that there are no longer multiple defendants. Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated:   **August 29, 2024**                   /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE