UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VINCENT KAUTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TULE RIVER TRIBAL POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-01731-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE LOCAL RULES**<br><br>(Doc. 26) |

Plaintiff Joseph Vincent Kauth is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Fourth Amendment excessive force claim against Defendant Manuel.

**I.　　BACKGROUND**

On October 1, 2024, Defendant Manuel filed a motion to dismiss Plaintiff's complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 22.) Plaintiff failed to file an opposition to Defendant's motion.

On October 31, 2024, the Court issued its "Order to Show Cause (OSC) in Writing Why Action Should Not Be Dismissed for Plaintiff's Failure to Comply with the Local Rules." (Doc. 26.) Plaintiff was directed to respond in writing, or, alternatively, to file an opposition to the motion to dismiss within fourteen days. (*Id*. at 2.)

On November 18, 2024,[1] Plaintiff filed a document titled "Motion in opposition to Motion to Dismiss from Defendant, Arguments, Declaration of Joseph Kauth." (Doc. 27.) Because Plaintiff has filed an opposition to Defendant's motion to dismiss, the OSC will be discharged. Pursuant to Local Rule 230(*l*), any reply is due fourteen days from November 18, 2024. After submission of any reply or the expiration of fourteen days, the matter will be deemed submitted for decision on the papers. Local Rule 230(*l*). The motion to dismiss will be decided in due course.

## II.   CONCLUSION AND ORDER

Based on the foregoing, the Court **ORDERS** the OSC issued October 31, 2024, **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **November 20, 2024**         /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The filing is signed and dated November 7, 2024.

2